IN THE UNITED STATES DISTRICT COURT RECEIVED CLERK'S OFFICE
DISTRICT OF SOUTH CAROLINA

2015 OCT 14 P 12: 00

| | |
|---|---|
| Demetrius Jarod Smalls, #286806, ) | |
| ) | No. 2:15-2782-RMG |
| Petitioner, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Warden, Lieber Correctional Institution, ) | |
| ) | |
| Respondent. ) | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge, recommending that this petition be dismissed without prejudice and without requiring Respondent fo file a return. (Dkt. No. 7). Petitioner was advised that he had a right to submit written objections to the R & R within 14 days of service and a failure to timely file written objections could result in limited review by the District Court and waiver of the right to appeal the judgment of the District Court. (*Id.* at 6). Petitioner failed to file any written objections.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court is charged with making a de novo determination of those portions of the R & R to which objection is made. *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting 28 U.S.C. § 636(b)(1)); *accord* Fed. R. Civ. P. 72(b). However, as is the case here, where no objections are made, this Court "must only satisfy itself

that there is no clear error on the face of the record in order to accept the recommendation." *Id.* (quoting Fed. R. Civ. P 72 advisory committee note). Moreover, in the absence of specific objections to the R & R, the Court need not give any explanation for adopting the Magistrate Judge's analysis and recommendation. *See Camby v. Davis*, 718 F.2d 198, 199-200 (4th Cir. 1983).

Petitioner's petition for habeas relief, brought pursuant to 28 U.S.C. §2254, follows a previously filed and denied petition which found Petitioner's claims untimely and without merit. *Smalls v. McFadden*, C.A. No. 2:13-2651-RMG. It is well settled that a second and successive habeas petition under § 2254 may be brought only with prior permission of the Fourth Circuit Court of Appeals. 28 U.S.C. § 2244(b)(3)(A). Petitioner has provided no evidence he has sought or obtained permission from the Fourth Circuit to file this second and successive habeas petition.

After a careful review of the R & R, the record evidence and the applicable statutory and case law, the Court finds that the Magistrate Judge ably addressed the factual and legal issues in this matter and correctly concluded that this matter should be dismissed without prejudice. Therefore, the Court **ADOPTS** in full the Magistrate Judge's Report and Recommendation (Dkt. No. 7) as the order of this Court and hereby **DISMISSES** this petition without prejudice and without the necessity that Respondent file a return.

### Certificate of Appealability

The governing law provides that:
    (c)(2) A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right.

-3-

> (c)(3) The certificate of appealability . . . shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

28 U.S.C. § 2253(c). A prisoner satisfies the standard by demonstrating that reasonable jurists would find this Court's assessment of his constitutional claims debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *See Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Rose v. Lee*, 252 F.3d 676, 683 (4th Cir. 2001). In this case, the legal standard for the issuance of a certificate of appealability has not been met. Therefore, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Richard Mark Gergel
United States District Judge

October 14, 2015
Charleston, South Carolina